In The Texas Court Of Criminal Appeals
Re: Writ No's. locki2i783-1, locki2i783-2,
locki2i783-3, locki2i783-4, locki2i783-5, locki2i783-6
locki2i783-7

63,775-16,18,19,20,2

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 18 20

Abel Acosta, Clerk

Ex Parte, Thomas Wayne Florence, Void TDCJ.# 729344
Unlawfully Restrained Of His Liberty In Vio-
Lation Of U.S.C.A. 4th, 5th, 6th, 8th 14th And
Texas Constitution, Art. 1 co 4 Due Course Of Law

I'm Asking This Court's Law Clerk's And
Staff Attorneys And Court Why Am I
A Pro Se Litigant From Trial, Appeal And
Post Conviction Id. Proceedings Is Being
Discriminated Against And Being Denied
Access To Court's To Present My Valid Legal
Constitutional Claims, Fundamental And Jur-
Isdictional Defects. To This Court For A
Full And Fair Review As If I Was Rep-
Resented By Counsel.
See, Kindley v. State, 795 SW2d 261,264 (Tex. App.
Houston 14th Dist. 1990), Pro Se Person Must
Present Argument, Record, And Authority
As Any Attorney.

I'm Not Asking Nor Ever Asked For Any
Special Treatment From Any Court, Law-
Clerks, Staff Attorney's Or From True Hon.

1

Justice's Of This Court. The United States Supreme Court Has Stated That This Court Should Address The Injustices Brought To This Court's Attention. "This Court's Turning Of A <u>BLIND EYE</u>" To The Writs, Supra, Is Arbiterary Forcing Me To File 2254's On Each Of These Valid Writs. <u>That's Supported By Direct And A PrePonderance Of The Evidence As Mandated.</u>

In Id. Writs I Presented Claims That (Is) If True Would Entitled Me To Relief.

As This Court Held In <u>SHANE And John Matthews</u> Writs I Prepared (Jasper County) In 2014.

And As This Court Recently Held In <u>Ex Parte Anderson, (Writ No. 82,828-01 (Tex. Crim. App. 2015)</u> Atty. Cynthia Orr.

See. Ex Parte Florence, Writs 10CR1217-83-1 Never Transmitted 10-26-2010 Art. 11.07. (11.06, 11.08) Cited / And Admitted By The State In 10CR1217-83-3 Writ That Id. Writ Was Never Sent And I've Asked Said Court To Order Writ Sent.

10CR1217-83-2, 10CR1217-83-3, 10CR1217-83-4 10CR1217-83-5, 10CR1217-83-6, 10CR1217-83-7

2

Art's Llot's Presented Some Or The Same Grounds (Suppression) As Ex Parte Anderson, Supra - Who's Case Was Sent Back To The Trial Court For Hearing.

The Law Clerks, Staff Attorney's And This Court Is Highly Aware Or The Injustice In Ex Parte Florence, Supra, And Of His Unlawful Imprisonment, Supported By Tons Of Exhibit's, Authorities, Argument, Record, To Be Entitled To Relief As If I Had Counsel, Kinoley.264.Supra (Ex Parte R. Anderson, Supra).

Is This Court, And Clerks And Staff Attorney's Waiting And Hoping That This Case Turns Out As (Innocent Mr. Tim Cole Who Was Unlawfully Imprisoned), Tim Cole.

This Court, Clerks, Staff Attorney's Has Clearly Sent The Wrong Messages To Galveston County. Go On And Falsely, Illegally Carry Out Your Criminal Act's And This Court Supports And Condone It. He's Just A Prose Person With No Rights

See, Coleman v. Thompson, 111 S.ct. 2576, 2555 Now I'm Having To File 2254's On Each State Writ And Ask The Fed. Ct. To Remand Back To State Court for Independent Investigation (Tx.C.Cr.Proc. Art. 1.23; 45.018, 45.019), Id. Citing, Michigan v. Long, 463 U.S. 1032, (1983)

This Court Has Sent The Wrong Message To 1st Ct. Of Appeals Related To 01-11-00 822 Cr. Appeal Issue No. 3, Etal, See 10CR1217-83-3 Writ, 10CR1217-83-4, 10-CR1217-83-5-7 Writs.

See, Ervin v. State, 331 SW3d __ (Tex. Crim. App. 2010), A Texas (C.C.A) Court Of Appeals Court Is Duty Bound Under The Texas Constitution To Exercise The Full Extent Of Its Proper Appellate Powers (C.C.A.) On Questions Of Fact Brought Before It On Appeal. See, 01-11-00-822CR Issue No.3, 10CR1217-83-2*10CR1217-83-3*10CR1217-83-4 *10CR1217-83-5, 10CR1217-83-7.

Respectfully Submitted Thomas Lee

'Prayer', The Injustices Stopped And Addressed In The Intrest Of Justice

5-14-2015

Cert Serv, & Certday & verified at trial/ Correct Copy was Sent To Justices C.C.A. P.O. 12308 Austin. Tx. 78711

CC 3

4

JneR 5-14-15